IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL CONCANNON,**

      Petitioner,

vs.                                           CASE NO. 5:05-CV-265-SPM

**JOSE BARRON,** *et al.***,**

      Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 10) filed February 28, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (doc. 11) on March 15, 2007. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

      Petitioner's arguments miss the point. Regardless of any error the Bureau of Prisons might have originally made in processing his request for early release and residential drug treatment, the fact remains that Petitioner's battery conviction involved repeated sex acts on a 15-year old boy. This conduct

renders Petitioner ineligible for either early release or the residential drug treatment program. As part of his routine practice, BOP's drug treatment specialist reviewed Petitioner's file and realized that Petitioner had been classified with a "Public Safety Factor" of sex offender. The subsequent reconsideration of Petitioner's eligibility was entirely proper and within the scope of BOP's authority. See Program Statements 5330.10 at 6.6.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 10) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is *denied.*

3. This case is hereby *dismissed* with prejudice.

**DONE AND ORDERED** this twentieth day of March, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge